E-FILED
Monday, 04 May, 2026 09:10:09 AM
Clerk, U.S. District Court, ILCD

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

Central    District of    Illinois

Central    Division

|  |  |
|---|---|
| JACQUELINE J. WIDMER | ) Case No. _____ |
| _____ | ) *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)*   X  Yes   ☐  No |
| -v- | ) |
| | ) |
| | ) |
| SEE ATTACHED | ) |
| _____ | ) |
| **Defendant(s)** | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

**FILED**

**5.1.26**

**CLERK OF THE COURT**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JACQUELINE J. WIDMER |
| Street Address | 119 CHICKASAW LANE |
| City and County | LODA  IROQUOIS |
| State and Zip Code | ILLINOIS  60948 |
| Telephone Number | 217-841-0077 |
| E-mail Address | jackiejowidmer@gmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | BUCKLEY STATE BANK |
| Job or Title *(if known)* | |
| Street Address | 102 S. RAILROAD AVE. |
| City and County | BUCKLEY    IROQUOIS |
| State and Zip Code | IL, 60918 |
| Telephone Number | 217-394-2531 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | BARRY KRUMWIEDE |
| Job or Title *(if known)* | CHAIRMAN, BUCKLEY STATE BANK |
| Street Address | 665 RITTER Dr. |
| City and County | BATAVIA,    KANE |
| State and Zip Code | IL, 60510 |
| Telephone Number | 708-653-2296 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | CHARLES PACEY |
| Job or Title *(if known)* | DIRECTOR, BUCKLEY STATE BANK |
| Street Address | 844 WEDGEWOOD Dr. |
| City and County | CRYSTAL LAKE,   McHENRY |
| State and Zip Code | IL, 60014 |
| Telephone Number | 815-893-4742 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | ADDITIONAL PAGE |
| Job or Title *(if known)* | |
| Street Address | |

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

   X   Federal question          ☐   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

   1st Amendment, 4th Amendment,  5th Amendment, 8th Amendment and 14th Amendments due process and equal protection clause.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

   1.     The Plaintiff(s)

      a.     If the plaintiff is an individual

         The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

      b.     If the plaintiff is a corporation

         The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

         and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of
   the State of *(name)* _____ . Or is a citizen of
   *(foreign nation)* _____ .

   b.   If the defendant is a corporation

   The defendant, *(name)* _____ , is incorporated under
   the laws of the State of *(name)* _____ , and has its
   principal place of business in the State of *(name)* _____ .
   Or is incorporated under the laws of *(foreign nation)* _____ ,
   and has its principal place of business in *(name)* _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Prima Facie Allegations: I was the President and Board Member of Buckley State Bank in Buckley Illinois. I had never been written up, accused of or charged with engaging in any type of conduct that was in violation of bank policy, Illinois State or Federal law. I believe it is relevant to disclose defendant Allan Weber, Director, was and is my ex brother in law and has made sexual advances toward me outside of the bank, which I declined. On December 7th, 2023, defendants, Philip Scheiwe and Charles Pacey entered my office during regular business hours, unannounced to inform me that I was likely going to be terminated due to my personal dating relationship. Charles Pacey, Chairman of the board at that time, made remarks about possibly losing clients due to my gender. SEE ADDITIONAL PAGES

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$ 2,000,000.00 per defendant individually and collectively
$10,000,000.00 Buckley State Bank
Any other relief this court deems just and proper. I have never been sued nor have I sued anyone.
As a direct and proximate result of said defendants deliberate, malicious actions, I was injured and damaged, mentally, emotionally and monetarily. I began seeing a mental health professional, M.D. P.H.D. Feiting Su in January of 2024 and continue to be treated and have been on medication since January of 2024.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5/1/2026

Signature of Plaintiff   Jacqueline J. Widmer

Printed Name of Plaintiff   Jacqueline J. Widmer

### B.    For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number

E-mail Address

# ATTACHMENT
## Defendants

1. Buckley State Bank
2. Barry Krumwiede
3. Charles Pacey
4. Philip Scheiwe
5. Marc Bauer
6. Allan Weber
7. Joshua Houtzel

## Additional Page
## Defendants

**Defendant No. 4**

Name                    PHILIP SCHEIWE
Job or Title            DIRECTOR, BUCKLEY STATE BANK
Street Address          920 N 1100 EAST RD
City and County         CISSNA PARK,   IROQUOIS
State and Zip Code      IL   60924
Telephone Number        815-383-2916
E-mail Address

**Defendant No. 5**

Name                    MARC BAUER
Job or Title            DIRECTOR, BUCKLEY STATE BANK
Street Address          1547 E 300 NORTH RD
City and County         CISSNA PARK,   IROQUOIS
State and Zip Code      IL   60924
Telephone Number        815-386-2564   Mobile
                        815-457-2962   Landline

E-mail Address

**Defendant No. 6**

Name                    ALLAN WEBER
Job or Title            DIRECTOR, BUCKLEY STATE BANK
Street Address          617 N 600 EAST RD
City and County         BUCKLEY,   IROQUOIS
State and Zip Code      IL   60918
Telephone Number        217-276-2880   Mobile
                        217-394-6880   Landline

E-mail Address

**Defendant No. 7**

Name                    JOSHUA HOUTZEL
Job or Title            CURRENT PRESIDENT BUCKLEY STATE BANK
                        EXECUTIVE VICE PRESIDENT/HR

Street Address          207 WALNUT ST.
City and County         BUCKLEY,   IROQUOIS
State and Zip Code      IL   60918
Telephone Number        217-249-0313

# STATEMENT OF CLAIM
## Additional Pages

I had made complaints to Executive Vice President and HR Manager (now President) Joshua Houtzel regarding the harassing behavior. I made internal complaints to individual board members about the discriminatory and harassing behavior on or about January of 2024. Upon information and belief Buckley State Bank was concerned about my marital status and dating relationship because as stated, one of the board members, Allan Weber, is my ex-brother in law.

On July 5th, 2023, HR Manager/Executive Vice President Joshua Houtzel approached me in a very loud, disrespectful tone and questioned me as to my marital status, my personal life, and degraded and humiliated me in front of staff once again. No male employees or board members at Buckley State Bank were questioned about their marital status or dating relationships. Each member of the board along with the Executive Vice President/HR manager (now President) Joshua Houtzel, participated in this harassment and should be held personally liable for their employment law violations. The harassment in the work environment created a hostile work environment that interfered with my ability to do my job.

Retaliation: Prima Facie Allegations

I am female and engaged in protected activity by making complaints internally and to IDHR regarding harassment based on my sex. I informed Buckley State Bank attorney, Lorna Geiler, that I would be filing an IDHR complaint on or about August 12, 2024. I was terminated from my employment on September 30, 2024, while on a medical leave approved by the board through October 9, 2024, as retaliation for conducting protected activity. I was specifically the victim of retaliatory discharge for filing an IDHR employment complaint. I was performing my job duties in a satisfactory manner and was only terminated for retaliatory reasons.

No male employees or board members were terminated for engaging in protected activities and no male employees or board members were questioned about their marital status or dating relationships.

As a direct and proximate result of said defendants deliberate, malicious actions, I was injured and damaged, mentally, emotionally and monetarily. I began seeing a mental health professional, M.D., PHD Feiting Su in January of 2024 and continue to be treated and have been on medication since January of 2024.